```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                         Case No. 12-07007-RNO
Michael B. Stambaugh                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh           Page 1 of 1           Date Rcvd: Nov 01, 2018
                              Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db             +Michael B. Stambaugh,   5878 River Drive,   York, PA 17406-8862

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
              Andrew L Spivack    on behalf of Creditor    PNC Bank N.A. pamb@fedphe.com
              Brent  Diefenderfer    on behalf of Defendant Michael B.  Stambaugh bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Brent  Diefenderfer    on behalf of Plaintiff Michael B.  Stambaugh bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Brent  Diefenderfer    on behalf of Debtor 1 Michael B.  Stambaugh bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David  Banks    on behalf of Attorney c/o David Banks    PNL Newco II, LLC bbwlaw@yahoo.com
              Harry B Reese    on behalf of Creditor    PNC Bank, National Association harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Joseph Angelo Dessoye    on behalf of Creditor    Pnc Bank, N.A. S/B/M To National City Mortgage A
                Division Of National City Bank pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Pnc Bank, N.A. S/B/M To National City Mortgage A
                Division Of National City Bank jschalk@barley.com, sromig@barley.com
              Joseph P Schalk    on behalf of Creditor    PNC Bank, National Association jschalk@barley.com,
               sromig@barley.com
              Lorraine Gazzara Doyle    on behalf of Creditor    PNC Bank, National Association LDoyle@udren.com,
               vbarber@udren.com
              Martin C Bryce, Jr    on behalf of Defendant    PNC BANK bryce@ballardspahr.com,
               summersm@ballardspahr.com
              Matthew Donald Menges    on behalf of Plaintiff Guy A Stambaugh mmenges@trinitylaw.com,
               edunlap@trinitylaw.com
              Matthew Donald Menges    on behalf of Plaintiff Alvin B Stambaugh mmenges@trinitylaw.com,
               edunlap@trinitylaw.com
              Matthew G. Summers    on behalf of Plaintiff    PNC Bank, N.A. summersm@ballardspahr.com,
               chiggesd@ballardspahr.com
              Matthew G. Summers    on behalf of Creditor    PNC Bank N.A. summersm@ballardspahr.com,
               chiggesd@ballardspahr.com
              Nicole Bernadette LaBletta    on behalf of Creditor    PNC Bank N.A. nlabletta@pincuslaw.com,
               vbarber@pincuslaw.com,tbougouneau@pincuslaw.com
              Nicole Bernadette LaBletta    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com, vbarber@pincuslaw.com,tbougouneau@pincuslaw.com
              Stuart  Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 21

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael B. Stambaugh, aka Michael Bruce Stambaugh, | Chapter 13 |
| **Debtor 1** | Case No. 1:12−bk−07007−RNO |

Social Security No.:
xxx−xx−6336

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 1, 2018

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

**fnldec** (05/18)